

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MARIA G. THOMPSON/ LUIS MARIONI, D.C., | § | No. 08-11-00264-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No 5 |
| JAIME STOLAR, M.D., ALIVIO MEDICAL CENTER, | § | of El Paso County, Texas |
| ALIVIO TREATMENT CENTERS, P.A. AND LUIS MARIONI, | § | (TC#2007-4842) |
| D.C./MARIA G. THOMPSON, | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's judgment as to Dr. Marioni and render a take nothing judgment in his favor.

The remainder of the judgment is affirmed, in accordance with the opinion of this Court. We further order that Dr. Marioni recover from Maria G. Thompson and her sureties, if any,[1] for performance on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

---

[1] TEX.R.APP.P. 43.5.

IT IS SO ORDERED THIS 8TH DAY OF OCTOBER, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)